IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO <br> 12 Park Place, Mansfield, TX 76063 <br><br> Plaintiff, <br><br> v. <br><br> SECRETARY OF STATE CHRISTI JACOBSON <br> Montana Capitol Building, Room 260, P.O. Box 202801, Helena, MT  59620-2801 <br><br> DONALD JOHN TRUMP <br> 1100 S. Ocean Blvd, Palm Beach, FL 33480 <br><br> Defendants. | Case No. 6:23-cv-00062-SPW |

**EMERGENCY NOTICE OF APPEAL**

**PURSUANT TO COLLATERAL ORDER DOCTRINE**

Emergency Notice is hereby given, pursuant to 9th Cir. L. R. 27-3, that Plaintiff John Anthony Castro appeals to the United States Court of Appeals for the Nonth Circuit from the Order Denying Plaintiff's Emergency Application for a Temporary Restraining Order entered in this action on Wednesday, September 20, 2023.

*Nature of the Emergency and Irreparable Harm if Delayed*

Subject to the penalties under Fed. R. App. P. 46(c), Plaintiff's good cause for seeking emergency expedited review is that Defendant Secretary of State is imminently about to violate Section 3 of the 14th Amendment on September 26, 2023, by accepting a constitutionally ineligible candidate's ballot access documentation.

*Date By Which Ruling is Needed*

1

Plaintiffs seek emergency review on or before Monday, September 25, 2023, subject to the penalties under Fed. R. App. P. 46(c).

### *Order and Relevant Filings*

Included herein is Order Denying Plaintiffs' Emergency Application for a Temporary Restraining Order entered in this action on Wednesday, September 20, 2023, as well as Plaintiffs' Emergency Application for a Temporary Restraining Order, and Plaintiff's Verified Complaint that contains all of the supporting facts, which are to be given due regard.  *See* Fed. R. Civ. P. 65(b)(1)(A) ("specific facts in… a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result[.]").

Dated: September 27, 2022 at 7:34pm CT.

>                                Respectfully submitted,
>
>                                By: /s/ *John Anthony Castro*
>                                John Anthony Castro
>                                12 Park Place
>                                Mansfield, TX  76063
>                                (202) 594 – 4344
>                                J.Castro@JohnCastro.com
>                                **Plaintiff** *Pro Se*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed with the Court on September 20, 2023. I further certify that a true and accurate copy of the foregoing document was served via CM/ECG, email where an email address is indicated below, or U.S. postal mail on the following recipients on September 20, 2023.

*Defendant*
Secretary of State
Christi Jacobson
Montana Capitol Building
Room 260
P.O. Box 202801
Helena, MT 59620
sos@mt.gov

*Counsel for Defendant Secretary of State*
State Attorney General
Austin Knudsen
215 N Sanders Street
Helena, MT 59601
Austin.Knudson@mt.gov

*Counsel for Defendant Donald John Trump*
Jared J. Roberts
Jesse R. Binnall
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Jared@Binnall.com
Jesse@Binnall.com

                                                */s/ John Anthony Castro*
                                                John Anthony Castro