IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO, <br><br> Plaintiff, <br><br> vs. <br><br> SECRETARY OF THE STATE CHRISTI JACOBSEN and DONALD JOHN TRUMP, <br><br> Defendants. | 6:23-CV-00062-H-SPW <br><br> ORDER |

Defendant Donald John Trump moves for the admission of Mark P. Meuser to practice before the Court in the above captioned matter with Quentin M. Rhoades and Robert Erickson of Missoula, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

**IT IS SO ORDERED** that Defendant Donald John Trump's motion to admit Mark P. Meuser to appear *pro hac vice* (Doc.13) is **GRANTED** and he is authorized to appear as counsel with Quentin M. Rhoades and Robert Erickson pursuant to L.R. 83.1(d) in the above captioned matter.

1

**IT IS FURTHER ORDERED** that this Order is subject to withdrawal unless the Applicant Attorney, within fifteen (15) days of the date of this Order, files a pleading acknowledging admission under the terms set forth above.

DATED this 11th day of October, 2023.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge