IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTI JACOBSEN, *Secretary of State,* and DONALD JOHN TRUMP,<br><br>Defendants. | 6:23-CV-62-BLG-SPW<br><br>ORDER |

Upon the Plaintiff's Notice of Dismissal (Doc. 34) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Fed. R. Civ. P. 41(a)(1)(B), the above-entitled cause is **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference scheduled for Thursday, December 14, 2023 at 9:30 a.m. is **VACATED** and all pending motions are **DENIED** as moot.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 7th day of December, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge